No. 09-10541. Rafael A. Llovera Linares, Petitioner v. Broward County Sheriff's Office, et al.

562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5889.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 367 Fed. Appx. 72.